IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| XIAOSHAUNGTURRIO TILLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-93-RAH-JTA |
| ) | |
| LEE COUNTY DETENTION CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 4, 2024. (Doc. 4.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 26th day of April 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE